UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| IN RE: ) | |
| INTERLOGIC OUTSOURCING, INC. ) | CASE NO. 19-31445-HCD |
| IOI PAYROLL SERVICES, INC. ) | CHAPTER 11 |
| IOI WEST, INC. ) | |
| LAKEVIEW HOLDINGS, INC. ) | |
| LAKEVIEW TECHNOLOGY, INC. ) | |
| MODEARN, INC. AND ) | |
| TIMEPLUS SYSTEMS LLC, ) | |
| ) | |
| Debtors ) | |

## APPEARANCE

TO THE CLERK:

Please enter an Appearance for Robert F. Wardrop II and the firm of Wardrop & Wardrop, P.C., as counsel for Interested Party, Najeeb Ahmed Khan, in the above-entitled case and place undersigned on the Clerk's official distribution list.

Respectfully submitted,

_/s/ Robert F. Wardrop II_
Robert F. Wardrop II (P31639)
Attorney for Interested Party
300 Ottawa Avenue, NW, Suite 150
Grand Rapids, MI 49503
T: (616) 459-1225
F: (616) 459-7273
E: robb@wardroplaw.com

## CERTIFICATE OF SERVICE

I certify that on November 15, 2019, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the appearing parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

_/s/ Robert F. Wardrop II_
Robert F. Wardrop II

534301111419.Appearance