UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:
INTERLOGIC OUTSOURCING, INC.,
IOI PAYROLL SERVICES, INC.,
IOI WEST, INC.,
LAKEVIEW HOLDINGS, INC.,
LAKEVIEW TECHNOLOGY, INC.,
MODEARN, INC., and
TIMEPLUS SYSTEMS, LLC,[1]

        Debtors.
_____/

Case No. 20-00325-swd
Hon. Scott W. Dales
Chapter 11
(Jointly Administered)

**CERTIFICATE STATING THAT NO TIMELY RESPONSE OR REQUEST FOR HEARING HAS BEEN FILED FOR FIRST APPLICATION OF HAMMERSCHMIDT, AMARAL & JONAS FOR ALLOWANCE AND PAYMENT OF PROFESSIONAL FEES AND REIMBURSEMENT OF EXPENSES**

    Comes now R. William Jonas, Jr., co-counsel for the Official Committee of Unsecured Creditors, and states as follows:

1. Applicant prepared and filed the First Application of Hammerschmidt, Amaral & Jonas for Allowance and Payment of Professional Fees and Reimbursement of Expenses, (Doc. 673), prior to the transfer of this case from the U.S. Bankruptcy Court for the Northern District of Indiana to this Court.

2. The Notice issued to creditors and other parties in interest had a bar date for objections of January 21, 2020, the day this case was transferred from the Northern District of Indiana to this Court, (Doc. 723).

---

[1] The Debtors in the Northern District of Indiana chapter 11 cases (together, the "IOI Debtors") include: Interlogic Outsourcing, Inc., Case No. 20-00325-swd; IOI Payroll Services, Inc., Case No. 20-00326-swd; TimePlus Systems, LLC, Case No. 20-00332-swd; IOI West, Inc., Case No. 20-00327-swd; Lakeview Technology, Inc., Case No. 20- 00330-swd; Lakeview Holdings, Inc., Case No. 20-00329-swd; and ModEarn, Inc., Case No. 20-00331-swd

3. No objection or request for hearing has been filed by any party and more than 30 days have expired since the filing of the Application.

WHEREFORE, Applicant prays that the Court enter the Order submitted with the Application, (Doc. 675).

Dated: January 30, 2020.

                Respectfully submitted,

                /s/ R. William Jonas, Jr.
                R. William Jonas, Jr. (#5025-71)
                Hammerschmidt, Amaral & Jonas
                137 N. Michigan St.
                South Bend, IN 46601
                Telephone: 574-282-1231
                Fax: 574-282-1234
                Email: rwj@hajlaw.com

*Co-Counsel for the Official
Committee of Unsecured Creditors*