Form SWD12 (01/14)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Interlogic Outsourcing, Inc.**<br>1710 Leer Drive<br>Elkhart, IN 46514<br>Tax ID: 30-0031273<br><br>**Debtor** | **Case Number 20-00325-swd**<br><br>**Chapter 11**<br><br>**Honorable Scott W. Dales** |

### NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

### MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF ORDER CONFIRMING STANDING AND AUTHORITY TO BRING CLAIMS AGAINST KEYBANK ON BEHALF OF THE DEBTORS ESTATES

Please take notice that the above-referenced motion has been filed with the Bankruptcy Court. **Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney. (If you do not have an attorney, you may wish to consult one.)**

If you want the court to consider your view on this matter, attend the hearing scheduled for March 3, 2020 at 11:00 AM at the United States Bankruptcy Court, Federal Building, U.S. Courthouse, Room 114, 410 W. Michigan Avenue, Kalamazoo, MI 49007.

You or your attorney may wish to file a response explaining your position. Such response should be **received** at least five business days prior to the scheduled hearing. A copy should also be served upon the party who has filed the motion and to his/her attorney.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.



Michelle M. Wilson
CLERK OF BANKRUPTCY COURT

**Dated:** February 3, 2020

/S/_____
Kathy Trapp
Deputy Clerk

Notice returned to Louis T. DeLucia, Esq. for appropriate service: (2/3/20-kmt )

NOTICE IS HEREBY GIVEN that the court may, in its discretion, orally continue or adjourn the above hearing on the record in open court. If this occurs, parties in interest will not be given further written notice of the new hearing date. If an entity is not present at the originally scheduled hearing, information regarding the time, date and place of an orally continued or adjourned hearing may be accessed through the Bankruptcy Court's web site (www.miwb.uscourts.gov) provided the person has a PACER login and password, or by visiting the Clerk's Office of the United States Bankruptcy Court located at One Division Avenue North, 2nd Floor, Grand Rapids, Michigan 49503. Information about a PACER login and password may be obtained by either calling PACER service center between 8:00 a.m. and 6:00 p.m. Monday through Friday, CST at (800) 676-6856 or via its web site at http://pacer.psc.uscourts.gov.

[1] *Aliases for Debtor Interlogic Outsourcing, Inc. : aka IOIPay, aka ISI, aka Interlogic Systems*