IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>NAJEEB AHMED KHAN,<br><br>            Debtor. | Chapter 11<br><br>Case No. 19-04258 (SWD) |
| In re:<br><br>INTERLOGIC OUTSOURCING, INC.,<br>IOI PAYROLL SERVICES, INC.,<br>IOI WEST, INC.,<br>LAKEVIEW HOLDINGS, INC.,<br>LAKEVIEW TECHNOLOGY, INC.,<br>MODEARN, INC., and<br>TIMEPLUS SYSTEMS LLC,[1]<br><br>            Debtors. | Chapter 11<br><br>Case No. 20-00325 (SWD)<br><br>(Jointly Administered) |

**NOTICE OF JOINT MOTION OF CHAPTER 11 TRUSTEE AND IOI DEBTORS
FOR ENTRY OF AN ORDER ESTABLISHING PROCEDURES FOR INTERIM
COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS**

**PLEASE TAKE NOTICE** that on February 7, 2020 Mark T. Iammartino, (the "Chapter 11 Trustee"), not individually but solely as Chapter 11 Trustee for the estate of Najeeb Ahmed Khan, and Interlogic Outsourcing, Inc., IOI Payroll Services, Inc., IOI West, Inc., Lakeview Holdings, Inc., Lakeview Technology, Inc., ModEarn, Inc., and TimePlus Systems, LLC (collectively, the "IOI Debtors") filed the *Joint Motion of Chapter 11 Trustee and IOI Debtors for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of*

---

[1] The IOI Debtors in these chapter 11 cases, along with the last four digits of each IOI Debtor's federal tax identification number, include: Interlogic Outsourcing, Inc. (1273); IOI Payroll Services, Inc. (1202); TimePlus Systems, LLC (9477); IOI West, Inc. (1405); Lakeview Technology, Inc. (1451); Lakeview Holdings, Inc. (7589); and ModEarn, Inc. (3473). The location of the IOI Debtors' headquarters is: 1710 Leer Drive, Elkhart, Indiana 46514.

1

*Expenses of Professionals* (the "Motion") with the United States Bankruptcy Court for the Western District of Michigan (the "Court").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion must be in writing and filed with the Clerk of the Court, U.S. Bankruptcy Court for the Western District of Michigan, 1 Division Ave. N, Room 200, Grand Rapids, MI 49503, so as to be received on or before **February 28, 2020 at 4:00 p.m. (*prevailing* Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) the Chapter 11 Trustee: Mark T. Iammartino, Development Specialists Inc., 10 S. LaSalle Street, Suite 3300, Chicago, IL 60603; (ii) counsel to the Chapter 11 Trustee: Nicholas M. Miller, Neal, Gerber & Eisenberg LLP, Two N. LaSalle Street, Suite 1700, Chicago, IL 60602; (iii) counsel to the IOI Debtors: Matthew Murphy, Nathan Gimpel, and Matthew Smart, PAUL HASTINGS LLP, 71 South Wacker Drive, Suite 4500, Chicago, Illinois 60606 and Steven L. Rayman, RAYMAN & KNIGHT, 141 East Michigan Ave., Suite 301, Kalamazoo, MI 49007; (iv) counsel for the IOI Committee: Jeffrey A. Hokanson, ICE MILLER LLP, One American Square, Suite 2900, Indianapolis, IN 46282 and R. William Jonas, HAMMERSCHMIDT, AMARAL & JONAS, 137 N. Michigan Street, South Bend, IN 46601; (v) counsel for the Khan Committee: Mark A. Mintz, JONES WALKER LLP, 201 St. Charles Ave., Suite 5100, New Orleans, LA 70170; and (vi) counsel for the U.S. Trustee: Michael V. Maggio, Office of the United States Trustee, The Ledyard Building, Second Floor, 125 Ottawa Avenue NW, Suite 200R, Grand Rapids, MI 49503.

**PLEASE TAKE FURTHER NOTICE** that if you fail to respond in accordance with this notice, the Court may grant the relief requested in the motion without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that if an objection is properly filed and served in accordance with the above procedures, a subsequent notice will be sent to you of the date, time and location of the hearing on the objection. Only objections made in writing and timely filed will be considered by the Court at such hearing.

Dated:  February 7, 2020

| | |
|---|---|
| **MARK IAMMARTINO, Chapter 11 Trustee** | **IOI Debtors** |
| /s/ Nicholas M. Miller | /s/ Steven L. Rayman |
| Nicholas M. Miller | Matthew Murphy (admitted *pro hac vice*) |
| Thomas C. Wolford | Nathan Gimpel (admitted *pro hac vice*) |
| **NEAL, GERBER & EISENBERG LLP** | Matthew Smart (admitted *pro hac vice*) |
| Two N. LaSalle Street, Suite 1700 | **PAUL HASTINGS, LLP** |
| Chicago, IL 60602 | 71 South Wacker Drive, Suite 4500 |
| Telephone:  (312) 269-8000 | Chicago, IL 60606 |
| Facsimile:  (312) 269-1747 | Telephone:  (312) 499-6000 |
| | Facsimile:  (312) 499-6140 |
| - and - | - and - |
| Rachel L. Hillegonds | Steven L. Rayman |
| **MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.** | **RAYMAN & KNIGHT** |
| 45 Ottawa Ave. SW, Suite 1100 | 141 E. Michigan Avenue, Suite 301 |
| Grand Rapids, MI 49503 | Kalamazoo, MI 49007 |
| Telephone:  (616) 831-1711 | Telephone:  (269) 345-5156 |
| Facsimile:  (616) 831-1701 | Facsimile:  (269) 345-5161 |