IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re: | Case No. 20-00325-swd |
| INTERLOGIC OUTSOURCING, INC., *et al.*[1], | Chapter 11 |
| Debtors. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF MOTION

The Official Committee of Unsecured Creditors, (the "Committee"), by its counsel, hereby withdraws the *Ex Parte Motion of Official Committee of Unsecured Creditors for Order Requiring Bankruptcy Rule 2004 Examination* and the attachments thereto (the "Motion") [Dkt. No. 828] and the proposed order in support thereof [Dkt. No. 829]. The Committee will refile the Motion as a noticed motion.

Dated: February 20, 2020

Respectfully submitted,

ICE MILLER LLP

*/s/ John C. Cannizzaro*
Daniel Anderson (admitted pro hac vice)
John C. Cannizzaro (admitted pro hac vice)
250 West Street, Suite 700
Columbus, OH 43215
Telephone: (614) 462-2700
daniel.anderson@icemiller.com
john.cannizzaro@icemiller.com

Louis T. DeLucia (admitted pro hac vice)
Alyson M. Fiedler (admitted pro hac vice)
1500 Broadway, Suite 2900
New York, NY 10036
Telephone: (212) 835-6312

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Interlogic Outsourcing, Inc. (1273); IOI Payroll Services, Inc. (1202); TimePlus Systems, LLC (9477); IOI West, Inc. (1405); Lakeview Technology, Inc. (1451); Lakeview Holdings, Inc. (7589); and ModEarn, Inc. (3473). The location of the Debtors' headquarters is: 1710 Leer Drive, Elkhart, Indiana 46514.

louis.delucia@icemiller.com
alyson.fiedler@icemiller.com

HAMMERSCHMIDT, AMARAL & JONAS

R. William Jonas, Jr. (admitted pro hac vice)
137 N. Michigan St.
South Bend, IN 46601
Telephone: 574-282-1231
Fax: 574-282-1234
Email: rwj@hajlaw.com
*Counsel for the Official*
*Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2020, a copy of this NOTICE OF WITHDRAWAL OF MOTION was filed electronically with the Clerk using the CM/ECF system, which sent notification of such filing to all counsel of record, including (a) counsel for the Debtor, (b) the United States Trustee, (c) counsel for the Chapter 11 Trustee for Najeeb A. Khan, (d) counsel for the Chapter 11 Trustee for Khan Aviation, Inc., *et al.*, and (e) counsel for the Creditor's Committee for the estate of Najeeb A. Khan.

*/s/ John C. Cannizzaro*
John C. Cannizzaro

CO\6388876.1