IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re: | Case No. 20-00325-swd |
| INTERLOGIC OUTSOURCING, INC., *et al.*[1], | Chapter 11 |
| Debtors. | (Jointly Administered) |

**NOTICE OF MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER REQUIRING BANKRUPTCY RULE 2004 EXAMINATION**

**PLEASE TAKE NOTICE** that on February 20, 2020, the Official Committee of Unsecured Creditors, (the "Committee"), by its counsel, filed its *Motion of Official Committee of Unsecured Creditors for Order Requiring Bankruptcy Rule 2004 Examination* (the "Motion") with the United States Bankruptcy Court for the Western District of Michigan (the "Court").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion must be in writing and filed with the Clerk of the Court, U.S. Bankruptcy Court for the Western District of Michigan, 1 Division Ave. N, Room 200, Grand Rapids, MI 49503, so as to be received on or before ***March 6, 2020, at 4:00 p.m.*** (prevailing Eastern time).

**PLEASE TAKE FURTHER NOTICE** that, at the same time, you must also serve a copy of the response or objection upon: (i) the Chapter 11 Trustee: Mark T. Iammartino, Development Specialists Inc., 10 S. LaSalle Street, Suite 3300, Chicago, IL 60603; (ii) counsel to the Chapter 11 Trustee: Nicholas M. Miller, Neal, Gerber & Eisenberg LLP, Two N. LaSalle Street, Suite 1700, Chicago, IL 60602; (iii) counsel to the IOI Debtors: Matthew Murphy, Nathan Gimpel, and Matthew Smart, PAUL HASTINGS LLP, 71 South Wacker Drive, Suite 4500,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Interlogic Outsourcing, Inc. (1273); IOI Payroll Services, Inc. (1202); TimePlus Systems, LLC (9477); IOI West, Inc. (1405); Lakeview Technology, Inc. (1451); Lakeview Holdings, Inc. (7589); and ModEarn, Inc. (3473). The location of the Debtors' headquarters is: 1710 Leer Drive, Elkhart, Indiana 46514.

1

Chicago, Illinois 60606, and Steven L. Rayman, RAYMAN & KNIGHT, 141 East Michigan Ave., Suite 301, Kalamazoo, MI 49007; (iv) counsel for the IOI Committee: Jeffrey A. Hokanson, ICE MILLER LLP, One American Square, Suite 2900, Indianapolis, IN 46282 and R. William Jonas, HAMMERSCHMIDT, AMARAL & JONAS, 137 N. Michigan Street, South Bend, IN 46601; and (v) counsel for the Khan Committee: Mark A. Mintz, JONES WALKER LLP, 201 St. Charles Ave., Suite 5100, New Orleans, LA 70170; and (vi) counsel for the U.S. Trustee: Michael V. Maggio, Office of the United States Trustee, The Ledyard Building, Second Floor, 125 Ottawa Avenue NW, Suite 200R, Grand Rapids, MI 49503.

**PLEASE TAKE FURTHER NOTICE** that if you fail to respond in accordance with this notice, the Court may grant the relief requested in the Motion without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that if an objection is properly filed and served in accordance with the above procedures, a subsequent notice will be sent to you of the date, time, and location of the hearing on the objection. Only objections made in writing and timely filed will be considered by the Court at such hearing.

C\1472582.1

Dated: February 20, 2020

          Respectfully submitted,

          ICE MILLER LLP

          */s/ John C. Cannizzaro*
          Daniel Anderson (admitted pro hac vice)
          John C. Cannizzaro (admitted pro hac vice)
          250 West Street, Suite 700
          Columbus, OH 43215
          Telephone: (614) 462-2700
          daniel.anderson@icemiller.com
          john.cannizzaro@icemiller.com

          Louis T. DeLucia (admitted pro hac vice)
          Alyson M. Fiedler (admitted pro hac vice)
          1500 Broadway, Suite 2900
          New York, NY 10036
          Telephone: (212) 835-6312
          louis.delucia@icemiller.com
          alyson.fiedler@icemiller.com

          HAMMERSCHMIDT, AMARAL & JONAS

          R. William Jonas, Jr. (admitted pro hac vice)
          137 N. Michigan St.
          South Bend, IN 46601
          Telephone: 574-282-1231
          Fax: 574-282-1234
          Email: rwj@hajlaw.com
          *Counsel for the Official*
          *Committee of Unsecured Creditors*