UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

IN THE MATTER OF:

| | |
|---|---|
| INTERLOGIC OUTSOURCING, INC., | Case No.: 20-00325 |
| IOI PAYROLL SERVICES, INC., | Chapter 11 – Filed: 08/10/2019 |
| IOI WEST, INC., | Honorable Scott W. Dales |
| LAKEVIEW HOLDINGS, INC., | (Jointly Administered) |
| LAKEVIEW TECHNOLOGY, INC., | |
| MODEARN, INC., AND | |
| TIMEPLUS SYSTEMS, LLC[1], | |

    Debtors.
_____/ /

## CERTIFICATE OF NO OBJECTION TO DEBTOR'S SECOND MOTION SEEKING ENTRY OF AN ORDER (I) EXTENDING THE DEADLINE BY WHICH THE DEBTORS MUST ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) GRANTING RELATED RELIEF

    The undersigned certifies to the Court, under the penalties of perjury, that a Notice and Opportunity to Object to Debtor's Second Motion Seeking Entry of an Order (I) Extending the Deadline by Which the Debtors Must Assume or Reject Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief was served on all interested parties and the Office of the United States Trustee on January 22, 2020 and that no written objections were received.

    That the undersigned therefore requests that the Court sign the proposed Order (I) Extending the Deadline by Which the Debtors Must Assume or Reject Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief.

**RAYMAN & KNIGHT**
Local Counsel for Debtors

Dated:  February 25, 2020    By:    _____/s/_____
    Steven L. Rayman (P30882)

BUSINESS ADDRESS:
141 East Michigan Avenue, Suite 301
Kalamazoo, MI  49007
Telephone:  (269) 345-5156

---

[1] The Debtors in these cases, along with the last four digits of each IOI Debtor's federal tax identification number, include: Interlogic Outsourcing, Inc. (1273), IOI Payroll Services, Inc. (1202), IOI West, Inc. (1405), Lakeview Holdings, Inc. (7589), Lakeview Technology, Inc. (1451), ModEarn, Inc. (3473), and TimePlus Systems, LLC (9477).  The location of the IOI Debtors' headquarters is: 1710 Leer Drive, Elkhart, Indiana 46514.