UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

INTERLOGIC OUTSOURCING, INC.,[1]

    Debtors.

Case No. 20-00325-swd
Hon. Scott W. Dales
Chapter 11
(Jointly Administered)

## ORDER APPROVING STIPULATION FOR THIRD CONTINUANCE OF FINAL EVIDENTIARY HEARING ON MOTION FOR RELIEF FROM STAY

Wells Fargo Bank, N.A., Interlogic Outsourcing, Inc., IOI Payroll Services, Inc., IOI West, Inc., Lakeview Holdings, Inc., Lakeview Technology, Inc., ModEarn, Inc., and TimePlus Systems, The Official Committee of Unsecured Creditors, and KeyBank National Association, having filed their *Joint Motion to Approve Third Stipulation for Continuance of Final Evidentiary Hearing on Motion for Relief From Stay* ("Joint Motion"). The Court, having examined said Joint Motion, and being duly advised in the premises, now finds that said Joint Motion should be granted.

**IT IS, THEREFORE, ORDERED** that the *Final Evidentiary Hearing on Motion for Relief From Stay* is adjourned to June 4, 2020 at 11:00 AM, in Kalamazoo, Michigan.

---

[1] The Debtors include: Interlogic Outsourcing, Inc., Case No. 20-00325-swd; IOI Payroll Services, Inc., Case No. 20-00326-swd; TimePlus Systems, LLC, Case No. 20-00332- swd; IOI West, Inc., Case No. 20-00327-swd; Lakeview Technology, Inc., Case No. 20- 00330-swd; Lakeview Holdings, Inc., Case No. 20-00329-swd; and ModEarn, Inc., Case No. 20-00331-swd.

**IT IS SO ORDERED.**

Dated February 26, 2020



_____
Scott W. Dales
United States Bankruptcy Judge