IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re: | Case No. 20-00325-swd |
| INTERLOGIC OUTSOURCING, INC., *et al.*[1], | Chapter 11 |
| Debtors. | (Jointly Administered) |

## ORDER FOR BANKRUPTCY RULE 2004 EXAMINATION

The Court, having considered the Motion of the Official Committee of Unsecured Creditors for Order Requiring Bankruptcy Rule 2004 Examination of the entities specified in the Motion,

**NOW ORDERS** that the Motion is granted, and the Committee is authorized to proceed with the Bankruptcy Rule 2004 examinations of the parties and entities set forth on Schedule A attached to the Motion, and to issue subpoenas compelling the attendance of, and production of documents by, those persons and/or entities, substantially in the form of the Subpoenas attached to the Motion as Group Exhibit A, at the times and places to be designated by the Committee in those Subpoenas.

[END OF ORDER]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include:  Interlogic Outsourcing, Inc. (1273); IOI Payroll Services, Inc. (1202); TimePlus Systems, LLC (9477); IOI West, Inc. (1405); Lakeview Technology, Inc. (1451); Lakeview Holdings, Inc. (7589); and ModEarn, Inc. (3473).  The location of the Debtors' headquarters is: 1710 Leer Drive, Elkhart, Indiana 46514.

**IT IS SO ORDERED.**

**Dated March 12, 2020**



_____
Scott W. Dales
United States Bankruptcy Judge