IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re:<br><br>INTERLOGIC OUTSOURCING, INC., *et al.*[1],<br><br>Debtors. | Chapter 11<br><br>Case No. 20-00325-swd<br><br>(Jointly Administered) |

### ORDER APPROVING STIPULATION AMONG THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND KEYBANK FURTHER EXTENDING CHALLENGE DEADLINE

This matter is before the Court on the *Stipulation among the Official Committee of Unsecured Creditors and KeyBank to Entry of an Order Further Extending Challenge Deadline* (the "Stipulation"). The Court, having considered the Stipulation and for good cause shown, hereby approves same.

It is therefore **ORDERED** that the Challenge Period Deadline set forth in the *Final Order (I) Authorizing Post-Petition Secured Superpriority Financing Pursuant to Bankruptcy Code Sections 105(a), 362, 364(c)(1), 364(c)(2), 364(c)(3) and 364(d), (II) Authorizing Debtors' Use of Cash Collateral Pursuant to Bankruptcy Code Section 363(c), (III) Granting Adequate Protection Pursuant to Sections 361, 363 and 364 of the Bankruptcy Code, and (IV) Modifying the Automatic Stay* is extended to August 7, 2020.

[END OF ORDER]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Interlogic Outsourcing, Inc. (1273); IOI Payroll Services, Inc. (1202); TimePlus Systems, LLC (9477); IOI West, Inc. (1405); Lakeview Technology, Inc. (1451); Lakeview Holdings, Inc. (7589); and ModEarn, Inc. (3473). The location of the Debtors' headquarters is: 1710 Leer Drive, Elkhart, Indiana 46514.

**IT IS SO ORDERED.**

**Dated July 6, 2020**



_____
Scott W. Dales
United States Bankruptcy Judge