UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| INTERLOGIC OUTSOURCING, INC., | ) ) | Case No. 20-00325 (SWD) |
| IOI PAYROLL SERVICES, INC., | ) |  |
| IOI WEST, INC., | ) | (Jointly Administered) |
| LAKEVIEW HOLDINGS, INC., | ) |  |
| LAKEVIEW TECHNOLOGY, INC., | ) |  |
| MODEARN, INC., and | ) |  |
| TIMEPLUS SYSTEMS LLC,[1] | ) ) |  |
| Debtors. | ) ) |  |

**ORDER CONTINUING THE HEARING ON THE MOTION OF ONESOURCE VIRTUAL, INC. FOR RELIEF FROM AUTOMATIC STAY TO CONTINUE LITIGATION AND WAIVING THE PROVISIONS OF FED.R.BANKR.P. 4001(a)(3)**

Upon the joint motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), PrimePay, LLC ("PrimePay") and OneSource Virtual, Inc. ("OneSource," and together with the Debtors and PrimePay, collectively, the "Parties"), for entry of an order (this "Order"), (a) continuing the Hearing approximately 30 days and (b) extending the Briefing Schedule approximately 30 days, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and Local Rule 3.1; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Interlogic Outsourcing, Inc. (1273); IOI Payroll Services, Inc. (1202); TimePlus Systems, LLC (9477); IOI West, Inc. (1405); Lakeview Technology, Inc. (1451); Lakeview Holdings, Inc. (7589); and ModEarn, Inc. (3473). The location of the Debtors' headquarters is: 1710 Leer Drive, Elkhart, Indiana 46514.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate and no other notice need be provided; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The final hearing on the Automatic Stay Motion is adjourned to October 21, 2020, at 11:00 A.M. (prevailing Eastern Time) at the U.S. Bankruptcy Court, One Division Avenue, N, Grand Rapids, Michigan. Accordingly, all persons who intend to participate in, or observe, the hearing should consult the court's website, https://www.miwb.uscourts.gov/covid-19-notices, shortly before the hearing to (i) determine whether in-person appearances will be permitted at the hearing; and (ii) receive instructions about how to participate in the hearing, or listen to it, by telephone.

3. On or before October 14, 2020, the Parties may file supplemental briefs (not exceeding 20 pages each) in accordance with the terms of the Scheduling Order [Docket No. 979].

4. Nothing in this Order precludes the Parties from proposing a joint pretrial order setting deadlines for exchange of exhibits, witness lists, and other customary pretrial deadlines, if so advised.

5. The Court may adjourn the final hearing upon written request, for good cause.

6. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

7. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

*Order Prepared and Submitted By:*

Steven L. Rayman
**RAYMAN & KNIGHT**
141 East Michigan Avenue
Suite 301
Kalamazoo, Michigan 49007
Telephone:  (269) 345-5156
Facsimile:  (269) 345-5161

### END OF ORDER

**IT IS SO ORDERED.**



**Dated September 18, 2020**

_____
Scott W. Dales
United States Bankruptcy Judge