IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re: | Chapter 11 |
| INTERLOGIC OUTSOURCING, INC., *et al.*[1], | Case No. 20-00325-swd |
| Debtors. | (Jointly Administered) |

**ORDER APPROVING FIRST INTERIM FEE APPLICATION OF ICE MILLER LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF INTERIM COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FROM AUGUST 23, 2019 THROUGH AUGUST 31, 2020**

This matter is before the Court on the *First Interim Fee Application Of Ice Miller LLP As Counsel To The Official Committee Of Unsecured Creditors For Allowance Of Interim Compensation For Professional Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred From August 23, 2019 Through August 31, 2020* (the "Application").  The Court, having considered the Application and the exhibits thereto, and for good cause shown, hereby determines that the relief requested in the Motion should be granted.  Now therefore,

**IT IS ORDERED** that, pursuant to 11 U.S.C. §§ 330 and 331, Federal Rules of Bankruptcy Procedure 2014 and 2016, the local rules and guidelines of this Court, and the *Order Establishing Procedures for Interim Compensation* entered March 11, 2020 (the "Interim Compensation Procedures Order") [Dkt. No. 894], Ice Miller LLP is hereby allowed, on an

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include:  Interlogic Outsourcing, Inc. (1273); IOI Payroll Services, Inc. (1202); TimePlus Systems, LLC (9477); IOI West, Inc. (1405); Lakeview Technology, Inc. (1451); Lakeview Holdings, Inc. (7589); and ModEarn, Inc. (3473).  The location of the Debtors' headquarters is: 1710 Leer Drive, Elkhart, Indiana 46514.

interim basis, fees in the amount of $2,665,399.21 and expenses of $44,687.30 as detailed in the Application; and

**IT IS FURTHER ORDERED** that the Debtors shall pay Ice Miller LLP the sum of $2,665,399.21, less amounts already paid pursuant to the Interim Compensation Procedures Order for the compensation period described in the Application.

END OF ORDER

**IT IS SO ORDERED.**

**Dated November 23, 2020**



Scott W. Dales
United States Bankruptcy Judge