# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MICHIGAN

_____

**In re:**
**INTERLOGIC OUTSOURCING, INC.,**  Case No. 20-00325-swd
**IOI PAYROLL SERVICES, INC.,**  Hon. Scott W. Dales
**IOI WEST, INC.,**  Chapter 11
**LAKEVIEW HOLDINGS, INC.,**  (Jointly Administered)
**LAKEVIEW TECHNOLOGY, INC.,**
**MODEARN, INC., and**
**TIMEPLUS SYSTEMS, LLC,**[1]

    **Debtors.**
_____/

### ORDER APPOINTING MAY OBERFELL LORBER AS CO-COUNSEL
### TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
### *NUNC PRO TUNC*, TO JANUARY 1, 2021

This matter is before the Court on the Application to Appoint May Oberfell Lorber as Co-Counsel to the Official Committee of Unsecured Creditors, *Nunc Pro Tunc*, to January 1, 2021, filed herein by the Official Committee of Unsecured Creditors, and it appearing to the Court that services of co-counsel are necessary to the Official Committee of Unsecured Creditors and that May Oberfell Lorber is not disqualified to represent the Official Committee of Unsecured Creditors;

**IT IS THEREFORE ORDERED**, that May Oberfell Lorber be, and hereby is, appointed co-counsel for the Official Committee of Unsecured Creditors on the basis outlined in the Application to Appoint May Oberfell Lorber as Co-Counsel to the Official Committee of Unsecured Creditors, *Nunc Pro Tunc*, to January 1, 2021.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Interlogic Outsourcing, Inc. (1273); IOI Payroll Services, Inc. (1202); TimePlus Systems, LLC (9477); IOI West, Inc. (1405); Lakeview Technology, Inc. (1451); Lakeview Holdings, Inc. (7589); and ModEarn, Inc. (3473). The location of the Debtors' headquarters is: 1710 Leer Drive, Elkhart, Indiana 46514.

Prepared and submitted by:
May Oberfell Lorber
4100 Edison Lakes Pkwy # 100
Mishawaka, IN 46545
Telephone: 574-243-4100
Fax: (574) 232-9789
Email: RJonas@maylorber.com

**END OF ORDER**

**IT IS SO ORDERED.**

**Dated February 11, 2021**

_____
Scott W. Dales
United States Bankruptcy Judge