# **EXHIBIT A**

**Proposed Order**

{9773606: }

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re:<br>NAJEEB AHMED KHAN,[1]<br>                Debtor. | Chapter 11<br>Case No. 19-04258 (SWD) |
| In re:<br>INTERLOGIC OUTSOURCING, INC., *et al.*,[2]<br>                Debtors. | Chapter 11<br>Case No. 20-00325 (SWD)<br>(Jointly Administered) |

## ORDER SUSTAINING LIQUIDATING TRUSTEE'S FOURTEENTH OMNIBUS OBJECTION TO (PARTIALLY UNENFORCEABLE AND UNSUBSTANTIATED) CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 3001, 3003, AND 3007

Upon the objection (the "Objection")[3] of Mark T. Iammartino ("Liquidating Trustee"), solely in his capacity as Liquidating Trustee of the Khan IOI Consolidated Estate Trust in the above-captioned cases, for entry of an order (this "Order"), (a) reducing the amount of the claims listed on **Exhibit 1** attached to the Order (the "Claims") to the amounts specified in the column entitled "Reduced Claim Amount" therein, (b) authorizing the Claims Agent to amend their Claims Register in accordance therewith, and (c) granting related relief, all as more fully set forth in the Objection; and upon the Iammartino Declaration; and this Court having jurisdiction

---

[1] Estate Tax I.D. No.: 84-6804873.

[2] The Debtors in the jointly administered Interlogic Outsourcing, Inc. cases ("IOI Cases"), along with the last four digits of each Debtor's federal tax identification number are: Interlogic Outsourcing, Inc. (1273); IOI Payroll Services, Inc. (1202); TimePlus Systems, LLC (9477); IOI West, Inc. (1405); Lakeview Technology, Inc. (1451); Lakeview Holdings, Inc. (7589); and ModEarn, Inc. (3473) (cumulatively, the "IOI Debtors"). The location of the IOI Debtors' headquarters is: 1710 Leer Drive, Elkhart, Indiana 46514.

[3] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

{9773606: }

over this matter pursuant to pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Objection is in the best interests of the consolidated estates, their creditors, and other parties in interest; and this Court having found that the Liquidating Trustee's notice of the Objection and opportunity for a hearing on the Objection were appropriate and no other notice need be provided; and this Court having reviewed the Objection and having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Objection is sustained as set forth herein.

2. The Claims set forth on **Exhibit 1** attached hereto are hereby reduced to the amounts specified in the column entitled "Reduced Claim Amount" therein.

3. The Claims Agent is authorized and directed to modify the Claims Register to comport with the entry of this Order.

4. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the validity of any particular claim against the Debtors; (b) a waiver of the Liquidating Trustee's rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Objection; (e) an admission by the Liquidating Trustee that any contract or lease is executory or unexpired, as applicable; (f) a waiver or limitation of the Liquidating Trustee's rights under the

Bankruptcy Code or any other applicable law; (g) a request or authorization to assume or reject any agreements under section 365 of the Bankruptcy Code; (h) a waiver of any party's rights to assert that any other party is in breach or default of any agreement; or (i) an admission that any contract or lease is integrated with any other contract or lease.

5. Notice of the Objection as provided therein shall be deemed good and sufficient notice of such Objection and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

6. Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, and 9014 or otherwise, the terms and conditions of this Order are immediately effective and enforceable upon its entry.

7. The Liquidating Trustee is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Objection.

[*Remainder of Page Intentionally Left Blank*]

8. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

*Order prepared and submitted by:*

Nicholas M. Miller (admitted *pro hac vice*)
Ashley J. Jericho (P72430)
**MCDONALD HOPKINS LLC**
300 North LaSalle Street, Suite 1400
Chicago, IL 60654
Telephone: (312) 642-6938
Facsimile:   (312) 280-8232
nmiller@mcdonaldhopkins.com
ajericho@mcdonaldhopkins.com

# Exhibit 1

## The Claims

| | Claimant Name and Address | Claim No. | | Debtor | Asserted Claim Amount | Payroll/Garnishments | Penalties & Interests | Other Amounts | Reduced Claim Amount | Paragraph in objection |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Khan | IOI | | | | | | | |
| 1 | Angola Wire Products, Inc<br>803 Wohlert Street<br>Angola, IN 46703 | | 1899 | Interlogic Outsourcing, Inc. | $59,204.44 | $0.00 | $4,548.87 | $0.00 | $54,655.57 | para. 19 - 31 |
| 2 | APOTHAKER SCIAN, PC<br>520 FELLOWSHIP RD<br>SUITE C-306<br>MOUNT LAUREL, NJ 08054 | | 466 | Interlogic Outsourcing, Inc. | $31,140.64 | $0.00 | $0.00 | $0.00 | $28,038.74 | para. 19 - 31 |
| 3 | Aunalytics, Inc.<br>Sopko, Nussbaum, Inabnit & Kaczmarek<br>Brent Inabnit<br>210 South Michigan Street<br>South Bend, IN 46601 | | 1241 | Interlogic Outsourcing, Inc. | $46,363.86 | $0.00 | $4,119.31 | $0.00 | $32,409.18 | para. 19 - 31 |
| 4 | Best Formed Plastics, LLC<br>21207 Protecta Drive<br>Elkhart, IN 46516 | | 398 | Interlogic Outsourcing, Inc. | $19,040.07 | $0.00 | $0.00 | $0.00 | $15,386.86 | para. 19 - 31 |
| 5 | Blue Jacket, Inc.<br>Attn: Allison R. Axenrod<br>100 Union Ave<br>Cresskill, NJ 07626 | | 1207 | Interlogic Outsourcing, Inc. | $21,971.65 | $0.00 | $0.00 | $0.00 | $17,085.33 | para. 19 - 31 |
| 6 | Boyden & Youngblutt Advertising & Marketing, Inc.<br>Burt, Blee, Dixon, Sutton & Bloom, LLP<br>Wesley N. Steury<br>200 E. Main Street, Suite 1000<br>Fort Wayne, IN 46802 | | 2054 | IOI Payroll Services, Inc. | $16,264.32 | $0.00 | $0.00 | $0.00 | $3,864.12 | para. 19 - 31 |
| 7 | Boys & Girls Clubs of St. Joseph County<br>502 East Sample St<br>South Bend, IN 46601 | | 603 | Interlogic Outsourcing, Inc. | $20,095.76 | $0.00 | $0.00 | $0.00 | $15,731.29 | para. 19 - 31 |
| 8 | Bradley Company, LLC<br>Attn: Counsel<br>112 W. Jefferson Boulevard, Ste. 300<br>South Bend, IN 46601 | | 949 | Interlogic Outsourcing, Inc. | $154,122.46 | $0.00 | $0.00 | $0.00 | $137,901.99 | para. 19 - 31 |
| 9 | BROOKWOOD GOLF COURSE IN BUCHANAN MICHIGAN<br>Jones Law Office LLC, Suite 200<br>South Bend, IN 46601 | 206 | | Najeeb Khan | $20,717.17 | $0.00 | $0.00 | $0.00 | $12,634.09 | para. 19 - 31 |
| 10 | Burns Rent-Alls, Inc.<br>Jones Law Office LLC<br>Attn: Maggie Marnocha<br>224 W. Colfax Ave, Suite 100<br>South Bend, IN 46601 | | 1489 | Interlogic Outsourcing, Inc. | $10,766.47 | $0.00 | $0.00 | $0.00 | $7,463.30 | para. 19 - 31 |
| 11 | Calvin Theological Seminary<br>John T. Piggins<br>Miller Johnson<br>PO Box 306<br>Grand Rapids, MI 49601 | | 1920 | IOI Payroll Services, Inc. | $45,425.38 | $0.00 | $0.00 | $0.00 | $40,405.20 | para. 19 - 31 |
| 12 | Cape Cod & Islands Council Boy Scouts of America<br>247 Willow St.<br>Yarmouth Port, MA 02675 | | 177 | Interlogic Outsourcing, Inc. | $0.00 | $0.00 | $0.00 | $0.00 | $1,178.34 | para. 19 - 31 |
| 13 | Children's Homes of Southern California<br>22455 Victory Blvd.<br>West Hills, CA 91307 | | 2251 | Interlogic Outsourcing, Inc. | $10,571.64 | $0.00 | $0.00 | $0.00 | $1,047.84 | para. 19 - 31 |
| 14 | Cincinnati Insurance Company as Transferee of Ottenweller Co., Inc.<br>Manier & Herod, P.C.<br>Attn: Robert W. Miller<br>1201 Demonbreun Street, Suite 900<br>Nashville , TN 37203 | | 77 | Interlogic Outsourcing, Inc. | $144,184.90 | $0.00 | $0.00 | $0.00 | $136,001.95 | para. 19 - 31 |
| 15 | CLAEYS CANDY INC<br>525 S TAYLOR ST<br>SOUTH BEND, IN 46601 | | 1415 | Interlogic Outsourcing, Inc. | $29,967.51 | $0.00 | $0.00 | $0.00 | $9,956.61 | para. 19 - 31 |
| 16 | COLOR MASTER INC.<br>PO BOX 338<br>BUTLER, IN 46721 | | 2225 | Interlogic Outsourcing, Inc. | $75,975.90 | $0.00 | $0.00 | $0.00 | $48,383.12 | para. 19 - 31 |

| | Claimant Name and Address | Claim No. | | Debtor | Asserted Claim Amount | Payroll/Garnishments | Penalties & Interests | Other Amounts | Reduced Claim Amount | Paragraph in objection |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Khan | IOI | | | | | | | |
| 17 | Costigan & Costigan, LLC<br>117 Bellevue Ave<br>Hammonton, NJ 08037 | | 1738 | Interlogic Outsourcing, Inc. | $12,383.28 | $0.00 | $0.00 | $0.00 | $6,307.95 | para. 19 - 31 |
| 18 | CRG Financial LLC as Transferee of BCHEMERALD LLC<br>Allison R Axenrod<br>100 Union Ave<br>Cresskill, NJ 07626 | | 2316 | Interlogic Outsourcing, Inc. | $28,503.21 | $0.00 | $0.00 | $0.00 | $23,800.28 | para. 19 - 31 |
| 19 | CRG Financial LLC as Transferee of Cascade Hospital for Animals PC<br>Attn: Allison R. Axenrod<br>100 Union Ave<br>Cresskill, NJ 07626 | | 1315 | IOI Payroll Services, Inc. | $22,884.29 | $0.00 | $0.00 | $0.00 | $16,471.51 | para. 19 - 31 |
| 20 | CRG Financial LLC as Transferee of CH VENTURES LLC<br>Attn: Allison R. Axenrod<br>100 Union Ave<br>Cresskill, NJ 07626 | | 2443 | Interlogic Outsourcing, Inc. | $107,198.41 | $0.00 | $0.00 | $0.00 | $90,261.73 | para. 19 - 31 |
| 21 | CRG Financial LLC as Transferee of Disston Chiropractic & Physical<br>Attn: Allison R. Axenrod<br>100 Union Ave<br>Cresskill, NJ 07626 | | 1351 | IOI Payroll Services, Inc. | $40,000.00 | $0.00 | $0.00 | $0.00 | $11,942.10 | para. 19 - 31 |
| 22 | CRG Financial LLC as Transferee of Mercer Landmark, Inc.<br>Attn: Allison R. Axenrod<br>100 Union Ave<br>Cresskill, NJ 07626 | | 2029 | IOI Payroll Services, Inc. | $190,250.35 | $0.00 | $0.00 | $0.00 | $152,426.38 | para. 19 - 31 |
| 23 | CRG Financial LLC as Transferee of O'Daniel Automart Inc.<br>Attn: Allison R. Axenrod<br>100 Union Ave<br>Cresskill, NJ 07626 | | 2476 | Interlogic Outsourcing, Inc. | $71,362.79 | $0.00 | $0.00 | $0.00 | $42,536.41 | para. 19 - 31 |
| 24 | CRG Financial LLC as Transferee of O'Daniel Ford Inc.<br>Attn: Allison R. Axenrod<br>100 Union Ave<br>Cresskill, NJ 07626 | | 2475 | Interlogic Outsourcing, Inc. | $73,704.79 | $0.00 | $0.00 | $0.00 | $44,040.33 | para. 19 - 31 |
| 25 | CRG Financial LLC as Transferee of O'Daniel Motor Sales Inc.<br>Attn: Allison R. Axenrod<br>100 Union Ave<br>Cresskill, NJ 07626 | | 2477 | Interlogic Outsourcing, Inc. | $224,386.49 | $0.00 | $0.00 | $0.00 | $124,679.00 | para. 19 - 31 |
| 26 | CRG Financial LLC as Transferee of Walker Tool & Die, Inc<br>Attn: Allison R. Axenrod<br>100 Union Ave<br>Cresskill, NJ 07626 | | 1039 | Interlogic Outsourcing, Inc. | $68,484.32 | $0.00 | $5,677.93 | $0.00 | $53,526.11 | para. 19 - 31 |
| 27 | CRG Financial LLC as Transferee of Wendt LLP<br>Attn: Allison R. Axenrod<br>100 Union Ave<br>Cresskill, NJ 07626 | | 2228 | IOI Payroll Services, Inc. | $50,076.04 | $0.00 | $0.00 | $0.00 | $27,429.53 | para. 19 - 31 |
| 28 | CRG Financial LLC as Transfree of Barlin Laser Services Inc<br>Attn: Robert Axenrod<br>100 Union Ave<br>Cresskill, NJ 07626 | | 267 | Interlogic Outsourcing, Inc. | $18,043.50 | $0.00 | $0.00 | $0.00 | $12,536.81 | para. 19 - 31 |
| 29 | D.M. Trucking Company<br>17528 Cuba Rd<br>Spencerville, IN 46788 | | 411 | Interlogic Outsourcing, Inc. | $12,190.82 | $0.00 | $0.00 | $0.00 | $7,425.06 | para. 19 - 31 |
| 30 | Dairyland Laboratories, Inc<br>Attn: Fredric Glass<br>Ansonia Finance Station<br>PO Box 237037<br>New York, NY 10023 | | 1700 | Interlogic Outsourcing, Inc. | $10,232.77 | $0.00 | $0.00 | $0.00 | $4,687.06 | para. 19 - 31 |

| | Claimant Name and Address | Claim No. Khan | Claim No. IOI | Debtor | Asserted Claim Amount | Payroll/Garnishments | Penalties & Interests | Other Amounts | Reduced Claim Amount | Paragraph in objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 31 | Danner Enterprises, Inc.<br>c/o Jones Law Office LLC, Suite 200<br>South Bend, IN 46601 | 39 | | Najeeb Khan | $10,232.25 | $0.00 | $0.00 | $0.00 | $5,332.93 | para. 19 - 31 |
| 32 | DAWA Enterprises, Inc.<br>Brent Inabnit<br>210 South Michigan Street<br>South Bend, IN 46601 | | 509 | Interlogic Outsourcing, Inc. | $117,895.22 | $0.00 | $0.00 | $0.00 | $7,833.97 | para. 19 - 31 |
| 33 | Dealer-FX Inc.<br>80 Tiverton Court, Suite 500<br>Markham, ON L3R 0G4<br>Canada | | 1872 | IOI Payroll Services, Inc. | $42,668.08 | $0.00 | $5,428.61 | $0.00 | $24,889.49 | para. 19 - 31 |
| 34 | Diocese of Davenort<br>Attn: Thomas J Tallman, Chief Financial Officer<br>780 West Central Park Avenue<br>Davenport, IA 52804 | | 2107 | Interlogic Outsourcing, Inc. | $118,385.54 | $0.00 | $0.00 | $0.00 | $96,959.89 | para. 19 - 31 |
| 35 | Diocese of Victoria<br>1505 E Mesquite Lane<br>Victoria, TX 77901 | | 1286 | Interlogic Outsourcing, Inc. | $73,649.53 | $0.00 | $0.00 | $0.00 | $68,664.46 | para. 19 - 31 |
| 36 | Euromex of GA Inc<br>4068 Keswick Drive<br>Atlanta, GA 30339 | | 2088 | Interlogic Outsourcing, Inc. | $18,305.50 | $0.00 | $0.00 | $0.00 | $8,921.81 | para. 19 - 31 |
| 37 | Foothills Family Enterprises LLC<br>Jones Law Office LLC<br>Attn: Maggie Marnocha<br>224 W. Colfax Ave, Suite 100<br>South Bend, IN 46601 | | 2167 | Interlogic Outsourcing, Inc. | $32,331.45 | $0.00 | $0.00 | $0.00 | $27,331.45 | para. 19 - 31 |
| 38 | FWH Venture LLC<br>200 E Main St, Ste 580<br>Fort Wayne, IN 46802 | | 1804 | Interlogic Outsourcing, Inc. | $11,752.11 | $0.00 | $0.00 | $0.00 | $8,231.49 | para. 19 - 31 |
| 39 | Gente, Inc.<br>Rhoades McKee PC<br>Harold E. Nelson, Attorney<br>55 Campau Avenue, N.W., Suite 300<br>Grand Rapids, MI 49503 | | 842 | Interlogic Outsourcing, Inc. | $57,965.64 | $0.00 | $0.00 | $0.00 | $43,087.25 | para. 19 - 31 |
| 40 | GLAS-COL, LLC<br>711 HULMAN STREET<br>TERRE HAUTE, IN 47802 | | 940 | Interlogic Outsourcing, Inc. | $15,848.50 | $0.00 | $0.00 | $0.00 | $12,177.66 | para. 19 - 31 |
| 41 | GLASSLEY & MARR DENTAL GROUP, PC<br>Marr & Thompson Dental Group<br>5108 CLINTON<br>FORT WAYNE, IN 46825 | | 1623 | IOI Payroll Services, Inc. | $12,622.71 | $0.00 | $0.00 | $0.00 | $9,901.12 | para. 19 - 31 |
| 42 | Goshen Stamping, LLC<br>Michael F. DeBoni, Attorney<br>130 N. Main Street<br>Goshen, IN 46526 | | 984 | Interlogic Outsourcing, Inc. | $39,341.81 | $0.00 | $0.00 | $0.00 | $32,721.28 | para. 19 - 31 |
| 43 | Graber Lumber Company<br>17528 Cuba Rd<br>Spencerville, IN 46788 | | 467 | Interlogic Outsourcing, Inc. | $12,417.58 | $0.00 | $0.00 | $0.00 | $7,712.35 | para. 19 - 31 |
| 44 | Great House Management, LLC<br>3070 Presidential Dr, Suite 226B<br>Atlanta, GA 30340 | | 2048 | Interlogic Outsourcing, Inc. | $24,059.04 | $0.00 | $0.00 | $0.00 | $13,106.40 | para. 19 - 31 |
| 45 | Guenther Law Group<br>Ralph Guenther, Esq.<br>601 S. Main St<br>Salinas, CA 93901 | | 645 | Interlogic Outsourcing, Inc. | $22,222.17 | $0.00 | $0.00 | $0.00 | $3,206.16 | para. 19 - 31 |
| 46 | H.W. Tucker Company, Inc.<br>Hardin & Grace, P.A.<br>David A. Grace<br>P.O. Box 5851<br>North Little Rock, AR 72119-5851 | | 2500 | Interlogic Outsourcing, Inc. | $20,820.95 | $0.00 | $0.00 | $0.00 | $13,226.95 | para. 19 - 31 |
| 47 | H5 ENTERPRISES LLC<br>13 MCBRIDE ST<br>NEWNAN, GA 30263 | | 1382 | IOI Payroll Services, Inc. | $19,818.65 | $0.00 | $0.00 | $0.00 | $16,702.46 | para. 19 - 31 |

| | Claimant Name and Address | Claim No. | | Debtor | Asserted Claim Amount | Payroll/Garnishments | Penalties & Interests | Other Amounts | Reduced Claim Amount | Paragraph in objection |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Khan | IOI | | | | | | | |
| 48 | Hilltop Partners, LLC<br>c/o Hahn\|Walz, P.C.<br>509 W Washington<br>South Bend, IN 46601-4660 | 119 | | Najeeb Khan | $31,294.98 | $0.00 | $0.00 | $0.00 | $12,734.67 | para. 19 - 31 |
| 49 | Hitachi Powdered Metals (USA), Inc.<br>Attn: Nathan T Danielson<br>111 Monument Circle, Suite 2700<br>Indianapolis, IN 46204 | | 335 | IOI Payroll Services, Inc. | $141,361.43 | $0.00 | $0.00 | $0.00 | $128,339.91 | para. 19 - 31 |
| 50 | International Media Products<br>1115 Ridgeland Pkwy, Suite 104<br>Alpharetta, GA 30004 | | 1745 | Interlogic Outsourcing, Inc. | $11,140.26 | $0.00 | $0.00 | $0.00 | $7,074.01 | para. 19 - 31 |
| 51 | JMS Engineered Plastics, Inc<br>Attn: Jacqueline Sells Homann<br>202 S. Michigan St., Suite 600<br>South Bend, IN 46601 | | 1324 | Interlogic Outsourcing, Inc. | $17,000.00 | $0.00 | $0.00 | $0.00 | $7,681.24 | para. 19 - 31 |
| 52 | KibbeChem, Inc.<br>Shannon Rice<br>22243 Innovation Drive<br>Elkhart, IN 46514 | | 1843 | Interlogic Outsourcing, Inc. | $31,865.06 | $0.00 | $0.00 | $0.00 | $26,943.64 | para. 19 - 31 |
| 53 | KRZ4BAMA LLC dba Always Best Care Senior Services<br>Jones Law Office LLC<br>Attn: Maggie Marnocha<br>224 W. Colfax Ave, Suite 100<br>South Bend, IN 46601 | | 1554 | Interlogic Outsourcing, Inc. | $21,636.42 | $0.00 | $0.00 | $0.00 | $8,825.65 | para. 19 - 31 |
| 54 | Mancuso, Jennifer<br>Burns Healthcare Enterprises Inc.<br>Always Best Care<br>6 Office Park Circle, Suite 315<br>Birmingham, AL 35223 | | 1696 | Interlogic Outsourcing, Inc. | $40,799.30 | $0.00 | $0.00 | $0.00 | $3,773.66 | para. 19 - 31 |
| 55 | Marketing Divbersified Services, Inc.<br>7605 Westfield Dr<br>Fort Wayne, IN 46825 | | 2255 | Interlogic Outsourcing, Inc. | $28,934.55 | $0.00 | $0.00 | $0.00 | $6,240.84 | para. 19 - 31 |
| 56 | McBride Lighting Inc<br>16026 W 5th Ave<br>Golden, CO 80101 | | 1863 | Interlogic Outsourcing, Inc. | $19,822.13 | $0.00 | $0.00 | $0.00 | $11,675.79 | para. 19 - 31 |
| 57 | NCP COATINGS INC<br>PO BOX 307225<br>FORT ST<br>NILES, MI 49120 | | 275 | Interlogic Outsourcing, Inc. | $29,536.74 | $0.00 | $0.00 | $0.00 | $20,734.62 | para. 19 - 31 |
| 58 | Needle Medical Management, LLC<br>3286 Buckeye Rd Suite 120<br>Atlanta, GA 30341 | | 2218 | Interlogic Outsourcing, Inc. | $32,094.50 | $0.00 | $0.00 | $0.00 | $11,583.44 | para. 19 - 31 |
| 59 | Neo Manufacturing, LLC<br>Attn: Serena Corder<br>21900 US 12<br>Sturgis, MI 49091 | | 921 | Interlogic Outsourcing, Inc. | $27,929.90 | $0.00 | $0.00 | $0.00 | $24,155.36 | para. 19 - 31 |
| 60 | New Orleans Louisiana Saints LLC<br>Shelley Bennett<br>5800 Airline Drive<br>Metairie, LA 70003 | | 1151 | Interlogic Outsourcing, Inc. | $339,872.15 | $0.00 | $0.00 | $0.00 | $6,705.27 | para. 19 - 31 |
| 61 | New Orleans Pelicans NBA, LLC<br>Shelley Bennett<br>5800 Airline Drive<br>Metairie, LA 70003 | | 1012 | Interlogic Outsourcing, Inc. | $293,400.29 | $0.00 | $0.00 | $0.00 | $3,250.93 | para. 19 - 31 |
| 62 | Newmar Corporation<br>PO Box 30<br>Nappanee, IN 46550 | | 2507 | Interlogic Outsourcing, Inc. | $783,747.01 | $0.00 | $0.00 | $0.00 | $701,356.02 | para. 19 - 31 |
| 63 | North Lawndale College Preparatory Charter High School #9548<br>Payroll<br>1313 S. Sacramento Blvd<br>Chicago, IL 60623 | | 1146 | Interlogic Outsourcing, Inc. | $70,779.03 | $0.00 | $0.00 | $0.00 | $61,627.19 | para. 19 - 31 |
| 64 | Office Interiors, Inc.<br>1415 University Drive Ct<br>Granger, IN 46530 | | 355 | Interlogic Outsourcing, Inc. | $12,417.96 | $0.00 | $0.00 | $0.00 | $8,669.28 | para. 19 - 31 |

| | Claimant Name and Address | Claim No. | | Debtor | Asserted Claim Amount | Payroll/Garnishments | Penalties & Interests | Other Amounts | Reduced Claim Amount | Paragraph in objection |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Khan | IOI | | | | | | | |
| 65 | Parkside Pharmacy, Inc.<br>C/O JONES LAW OFFICE LLC<br>205 W. JEFFERSON BLVD. , SUITE 200<br>south bend, in 46601 | 63 | | Najeeb Khan | $50,582.41 | $0.00 | $0.00 | $0.00 | $22,791.89 | para. 19 - 31 |
| 66 | Pestban, Inc.<br>Attn: Allison R Axenrod<br>100 Union Ave<br>Cresskill, NJ 07626 | | 1924 | IOI Payroll Services, Inc. | $67,200.48 | $0.00 | $0.00 | $0.00 | $62,195.50 | para. 19 - 31 |
| 67 | Pine Manor, Inc<br>Yoder, Ainlay, Ulmer & Buckingham, LLP<br>Michael F. DeBoni<br>130 N. Main Street<br>Goshen, IN 46526 | | 2198 | IOI Payroll Services, Inc. | $253,702.59 | $0.00 | $6,397.03 | $0.00 | $230,533.38 | para. 19 - 31 |
| 68 | Plant Growth Management Systems<br>Laurie Mann<br>PO Box 214<br>Niles, MI 49120 | | 399 | Interlogic Outsourcing, Inc. | $18,841.58 | $0.00 | $0.00 | $0.00 | $14,542.37 | para. 19 - 31 |
| 69 | Plas-Tec Corp<br>601 W. Indiana St.<br>Edon, OH 43518 | | 1631 | Interlogic Outsourcing, Inc. | $25,046.17 | $0.00 | $3,698.88 | $0.00 | $17,272.44 | para. 19 - 31 |
| 70 | Polack Printing Inc<br>Kevin Stapleton<br>1050 74th St SW<br>Byron Center, MI 49315 | | 955 | IOI Payroll Services, Inc. | $20,748.48 | $0.00 | $0.00 | $0.00 | $16,232.30 | para. 19 - 31 |
| 71 | Precision Wall Systems, Inc<br>3801 S Main St<br>South Bend, IN 46614 | | 990 | Interlogic Outsourcing, Inc. | $21,895.06 | $0.00 | $0.00 | $0.00 | $57,050.04 | para. 19 - 31 |
| 72 | Precision Wall Systems, Inc.<br>Jones Law Office LLC<br>Attn: Maggie Marnocha<br>224 W. Colfax Ave, Suite 100<br>South Bend, IN 46601 | | 41 | Interlogic Outsourcing, Inc. | $60,714.81 | $0.00 | $0.00 | $0.00 | $57,050.04 | para. 19 - 31 |
| 73 | RACC Medical Associates<br>1721 Magnavox Way<br>Fort Wayne, IN 46804 | | 1641 | IOI Payroll Services, Inc. | $56,069.14 | $0.00 | $0.00 | $0.00 | $51,340.47 | para. 19 - 31 |
| 74 | Rivera Sanatarium Inc.<br>Attn: Allison R. Axenrod<br>100 Union Ave<br>Cresskill, NJ 07626 | | 1061 | Interlogic Outsourcing, Inc. | $54,511.04 | $0.00 | $0.00 | $0.00 | $6,703.79 | para. 19 - 31 |
| 75 | Riverstone Montessori Academy<br>Moore Ingram Johnson & Steele, LLP<br>Attention: Wilma Bush<br>326 Roswell Street, Suite 101<br>Marietta, GA 30060 | | 2250 | IOI Payroll Services, Inc. | $115,288.29 | $0.00 | $0.00 | $0.00 | $5,511.16 | para. 19 - 31 |
| 76 | Roman Catholic Bishop of Orange<br>Attn: Elizabeth Jensen<br>13280 Chapman Avenue<br>Garden Grove, CA 92840 | | 1240 | Interlogic Outsourcing, Inc. | $881,916.11 | $0.00 | $0.00 | $0.00 | $647,811.00 | para. 19 - 31 |
| 77 | Roman Catholic Diocese of Raleigh<br>Frank L. Tortora III<br>7200 Stonehenge Dr.<br>Raleigh, NC 27613 | | 1927 | Interlogic Outsourcing, Inc. | $61,333.40 | $0.00 | $0.00 | $0.00 | $25,070.30 | para. 19 - 31 |
| 78 | Royal Savings Bank<br>Colleen Thomiszer<br>9226 S. Commercial Avenue<br>Chicago, IL 60617 | | 1165 | Interlogic Outsourcing, Inc. | $50,523.02 | $0.00 | $0.00 | $0.00 | $47,289.35 | para. 19 - 31 |
| 79 | SAGITEC SOLUTIONS LLC<br>422 COUNTY Rd D EAST<br>LITTLE CANADA, MN 55117 | | 463 | Interlogic Outsourcing, Inc. | $29,556.70 | $0.00 | $0.00 | $0.00 | $22,197.56 | para. 19 - 31 |
| 80 | SDC Health Services, Inc.<br>Attn: Cindy Smith<br>Health Force of Georgia<br>3301 Buckeye Rd, Suite 103<br>Atlanta, GA 30341 | | 1673 | IOI Payroll Services, Inc. | $38,984.57 | $29,670.67 | $7,419.67 | $0.00 | $13,267.35 | para. 19 - 31 |
| 81 | Skytech II, Inc<br>9230 Conservation Way<br>Fort Wayne, IN 46809 | | 1740 | Interlogic Outsourcing, Inc. | $18,463.91 | $0.00 | $0.00 | $0.00 | $10,106.09 | para. 19 - 31 |

| | Claimant Name and Address | Claim No. | | Debtor | Asserted Claim Amount | Payroll/Garnishments | Penalties & Interests | Other Amounts | Reduced Claim Amount | Paragraph in objection |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Khan | IOI | | | | | | | |
| 82 | Somaschini North America LLC<br>Box 1371<br>South Bend, IN 46624 | | 1514 | Interlogic Outsourcing, Inc. | $27,535.00 | $0.00 | $0.00 | $0.00 | $19,941.04 | para. 19 - 31 |
| 83 | St. Charles Trading, Inc.<br>1400 Madeline Lane<br>Elgin, IL 60178 | | 2041 | Interlogic Outsourcing, Inc. | $15,722.18 | $0.00 | $0.00 | $0.00 | $6,414.03 | para. 19 - 31 |
| 84 | Stockwell Scientific, Inc.<br>2575 East Camelback Road, Suite 100<br>Phoenix, AZ 85016 | | 1478 | IOI Payroll Services, Inc. | $18,177.40 | $0.00 | $0.00 | $0.00 | $15,170.61 | para. 19 - 31 |
| 85 | Subway Systems LLC<br>C/O JONES LAW OFFICE LLC<br>205 W. JEFFERSON BLVD. STE 200<br>SOUTH BEND, IN 46601 | 97 | | Najeeb Khan | $42,435.34 | $0.00 | $0.00 | $0.00 | $38,829.98 | para. 19 - 31 |
| 86 | THE CENTRE PC<br>611 E DOUGLAS RD, SUITE 108<br>MISHAWAKA, IN 46545 | | 2371 | IOI Payroll Services, Inc. | $68,972.54 | $0.00 | $0.00 | $0.00 | $55,767.73 | para. 19 - 31 |
| 87 | The Lamar Johnson Collaborative LLC<br>2199 Innerbelt Business Center Dr<br>St. Louis, MO 63114 | | 290 | Interlogic Outsourcing, Inc. | $73,061.75 | $0.00 | $0.00 | $0.00 | $37,680.91 | para. 19 - 31 |
| 88 | TIG Entity, LLC<br>Miller Johnson<br>John T. Piggins<br>PO Box 306<br>Grand Rapids, MI 49501-0306 | | 2028 | Interlogic Outsourcing, Inc. | $73,721.43 | $0.00 | $0.00 | $0.00 | $40,246.03 | para. 19 - 31 |
| 89 | Tri State Maintenance South Bend, LLC<br>53830 Generations Drive<br>South Bend, IN 46635 | | 2417 | Interlogic Outsourcing, Inc. | $13,103.72 | $0.00 | $0.00 | $0.00 | $6,551.77 | para. 19 - 31 |
| 90 | TRI STATE MAINTENANCE, INC<br>3202 CAPRICE COURT<br>FORT WAYNE, IN 46808 | | 2418 | Interlogic Outsourcing, Inc. | $24,771.73 | $0.00 | $0.00 | $0.00 | $12,958.47 | para. 19 - 31 |
| 91 | United Center Joint Venture<br>1901 West Madison Street<br>Chicago, IL 60612 | | 1029 | Interlogic Outsourcing, Inc. | $49,026.09 | $0.00 | $0.00 | $0.00 | $39,052.15 | para. 19 - 31 |
| 92 | Universal Credit Services, Inc.<br>Olson Law Group<br>PO Box 64<br>Hartland, MI 48353 | | 489 | Interlogic Outsourcing, Inc. | $40,707.36 | $0.00 | $0.00 | $0.00 | $35,582.22 | para. 19 - 31 |
| 93 | VACH INC<br>2822 SAMPLE STREET<br>SOUTH BEND, IN 46619 | | 2136 | Interlogic Outsourcing, Inc. | $16,195.49 | $0.00 | $0.00 | $0.00 | $7,387.40 | para. 19 - 31 |
| 94 | VALLEY SCREEN PROCESS CO. INC.<br>58740 EXECUTIVE DRIVE<br>MISHAWAKA, IN 46544 | | 90 | Interlogic Outsourcing, Inc. | $35,293.14 | $0.00 | $0.00 | $0.00 | $29,741.22 | para. 19 - 31 |
| 95 | WAYNE METALS LLC<br>807 Kinnear Rd.<br>Columbus, OH 43212 | | 257 | Interlogic Outsourcing, Inc. | $93,176.27 | $0.00 | $0.00 | $0.00 | $82,297.67 | para. 19 - 31 |
| 96 | West Coast Parts Trucks & Accessories, Inc.<br>4101 E Brundage Lane<br>Bakersfield, CA 93307 | | 1757 | Interlogic Outsourcing, Inc. | $16,555.70 | $0.00 | $0.00 | $0.00 | $6,877.42 | para. 19 - 31 |
| 97 | Western Los Angeles County Council, Boy Scouts of America<br>16525 Sherman Way C-8<br>Van Nuys, CA 91406 | | 311 | Interlogic Outsourcing, Inc. | $180,274.51 | $166,353.59 | $0.00 | $13,920.92 | $0.00 | para. 19 - 31 |
| 98 | WISCRAFT, INC<br>5316 WEST STATE STREET<br>MILWAUKEE, WI 53208 | | 2259 | Interlogic Outsourcing, Inc. | $31,778.21 | $0.00 | $0.00 | $0.00 | $27,017.04 | para. 19 - 31 |