UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re:<br>NAJEEB AHMED KHAN,[1]<br>        Debtor. | Chapter 11<br>Case No. 19-04258 (SWD) |
| In re:<br>INTERLOGIC OUTSOURCING, INC., *et al.*,[2]<br>        Debtors. | Chapter 11<br>Case No. 20-00325 (SWD)<br>(Jointly Administered) |
| In re:<br>KHAN AVIATION, INC., *et al.*,[3]<br>        Debtor. | Chapter 11<br>Case No. 19-04261 (SWD)<br>(Jointly Administered) |

**ORDER EXTENDING DEADLINE TO FILE ADVERSARY PROCEEDINGS**

This matter comes before the Court on the *Liquidating Trustee's Motion to Extend Deadline to File Adversary Proceedings*, as supplemented by the *Supplement to the Liquidating*

---

[1] Estate Tax I.D. No.: 84-6804873.

[2] The Debtors in the jointly administered Interlogic Outsourcing, Inc. cases ("IOI Cases"), along with the last four digits of each Debtor's federal tax identification number are: Interlogic Outsourcing, Inc. (1273); IOI Payroll Services, Inc. (1202); TimePlus Systems, LLC (9477); IOI West, Inc. (1405); Lakeview Technology, Inc. (1451); Lakeview Holdings, Inc. (7589); and ModEarn, Inc. (3473) (cumulatively, the "IOI Debtors"). The location of the IOI Debtors' headquarters is: 1710 Leer Drive, Elkhart, Indiana 46514.

[3] The Debtors in these jointly administered cases (collectively, the "Khan Entity Cases"), along with the last four digits of each such Debtor's federal tax identification number, are: Khan Aviation, Inc. (0145), GN Investments, LLC (3550), KRW Investments, Inc. (4356), NJ Realty, LLC (3761), NAK Holdings, LLC (4717), and Sarah Air, LLC (4718).

1

*Trustee's Motion to Extend Deadline to File Adversary Proceedings* (the "Motion"),[4] and the Court having reviewed the Motion and all related filings; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 107(b)(2), 157 and 1334; and the Court having determined that there is good and sufficient cause for the relief set forth herein; it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is granted as set forth herein.

2. All objections to the Motion not previously withdrawn are overruled on their merits.

3. Solely with respect to those persons or entities who received notice of the Motion, the statutory deadlines to commence litigation and adversary proceedings under section 546 of the Bankruptcy Code are extended for cause pursuant to Bankruptcy Rule 9006(b), through and including December 31, 2021; provided, however, this Order excludes and does not extend any limitations period for any claims against Crowe LLP or any of its principals, partners, employees, or agents.

---

[4] Capitalized terms used but not otherwise defined herein shall have the same meanings ascribed to them in the Motion.

4. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## END OF ORDER

*Order prepared and submitted by:*

Nicholas M. Miller (admitted *pro hac vice*)
Micah E. Marcus (admitted *pro hac vice*)
Ashley J. Jericho (P72430)
**MCDONALD HOPKINS LLC**
300 North LaSalle Street, Suite 1400
Chicago, IL 60654
Telephone: (312) 642-6938
Facsimile:   (312) 280-8232
nmiller@mcdonaldhopkins.com
mmarcus@mcdonaldhopkins.com
ajericho@mcdonaldhopkins.com

3

**IT IS SO ORDERED.**

**Dated August 16, 2021**



_____
Scott W. Dales
United States Bankruptcy Judge